*Walko,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Royer, Appellant.

Argued November 16, 1972. *John Edward Calior,* with him *Rodgers, Marks, Irwin & Perfilio,* for appellant; *Robert F. Banks,* First Assistant District Attorney, with him *Joseph J. Nelson,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, J., absent.

## Commonwealth *v.* Runkle, Appellant.

Submitted November 13, 1972. *Patrick Hugh Washington,* Assistant Public Defender, for appellant; *Leopold J. Wendekier,* Assistant District Attorney, and *Caram J. Abood,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Sheffield, Appellant.

Submitted November 13, 1972. *Rus-*